DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CATHLEEN PENNEY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL MORENO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Mag. 09-324-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | COURT TRIAL |
| | ) | |
| DANIEL MORENO, | ) | |
| | ) | Date:  January 6, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, DANIEL MORENO, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Wednesday, January 6, 2010 at 9:00 a.m. to Wednesday February 24, 2010 at 9:00 a.m.

///

///

1 | Dated:  December 15, 2009                     Respectfully submitted,

2 |                                                DANIEL J. BRODERICK
  |                                                Federal Defender
3 |

4 |                                                /s/   Lauren Cusick
  |                                                LAUREN CUSICK
5 |                                                Assistant Federal Defender
  |                                                Attorney for Defendant
6 |                                                DANIEL MORENO

7 | Dated:  December 15, 2009

  |                                                BENJAMIN B. WAGNER
8 |                                                United States Attorney

9 |
  |                                                /s/ Matthew Stegman
10|                                                MATTHEW STEGMAN
  |                                                Assistant U.S. Attorney
11|                                                Attorney for Plaintiff

12|

13|                              **O R D E R**

14| **IT IS SO ORDERED.**

15| DATED: December 16, 2009.

16|

17|                    _____
  |                    DALE A. DROZD
18|                    UNITED STATES MAGISTRATE JUDGE

19|

20| Ddad1/orders.criminal/moreno0324.stipord

21|

...

Name of Pleading                          -2-