```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CATHERINE R. CHYI
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
```



**FILED**

SEP -2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 09-324-DAD |
| Plaintiff, | PETITION FOR PROBATION REVOCATION AND [~~PROPOSED~~] ORDER TO APPEAR |
| v. | |
| DANIEL MORENO, | DATE: September 8, 2010 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

On February 24, 2010, the defendant, DANIEL MORENO, pled guilty to one count of:

Unlawfully Driving a Motor Vehicle Without a Valid License,

in violation of Title 18, United States Code, Section 13, and

California Vehicle Code, Section 12500, a misdemeanor.

On February 24, 2010, among other things, the defendant was given the following sentence by United States Magistrate Judge Dale A. Drozd:

    1.    The defendant shall pay a $250.00 fine and $10 Special Assessment.

    2.    The defendant shall serve a one-year term of court probation.

1

      3.    The defendant shall make monthly payments in the amount of $50.

      4.    The defendant shall satisfy the financial obligation within the first six months of court probation.

The United States alleges that the defendant has violated the conditions of the sentence imposed and the above mentioned order of the court as follows:

    The defendant has failed to pay any amount of the $250 fine and $10 Special Assessment within the first six months of court probation. The outstanding balance remains at $260 in total.

This matter is currently set for a Control Date on September 7, 2010, at 10:00 a.m. The United States therefore requests the Court to also place this matter on its calendar on September 7, 2010, at 10:00 a.m. to allow the defendant to show cause why probation should not be revoked.

All of the above has been related to me by Catherine R. Chyi.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 2 , 2010          Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

[~~PROPOSED~~ DAD] **ORDER**

Good Cause Appearing, the defendant is ordered to appear on September ~~7~~ 8, 2010 at 10:00 a.m., before the Honorable Dale A. Drozd United States Magistrate Judge, at the U.S. Federal Courthouse, 501-I Street, 8th Floor, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: September 2, 2010

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge

3